W. H. H. Gleason, Plaintiff in Error, v. Marshall Kingsbury and E. L. White, Defendants in Error.

### Division B.

Writ of error to Circuit Court, Dade county; Minor S. Jones, Judge.

George M. Robbins for plaintiff in error.

No appearance for defendants in error.

This action was brought by the plaintiff against the defendants. There was judgment for the defendants, and the plaintiff takes writ of error. The judgment is affirmed.

Decision *Per Curiam.*